UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David Beeson, | Civil No. 06-4541 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Wells Fargo Bank, National Association d/b/a/ Wells Fargo Home Mortgage, and Trans Union LLC, | |
| Defendants. | |

On December 19, 2007, counsel for the above-named Plaintiff and Defendant Trans Union LLC, filed a Stipulation of Dismissal with Prejudice (Docket No. 22) stating that Trans Union, LLC, should be dismissed from this action with prejudice. Dismissal as stipulated is warranted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, **IT IS HEREBY ORDERED that**:

1. Claims asserted by Plaintiff David Beeson again Defendant Trans Union, LLC, are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated: December 20, 2007

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge