# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Beeson,

               Plaintiff,

      vs.

Wells Fargo Bank, National Association
d/b/a Wells Fargo Home Mortgage; and
Trans Union, LLC,

               Defendants.

Civil No. 06cv4541 (PAM/JSM)

**ORDER**

This matter came before the Court on the stipulation of the plaintiff David Beeson and defendant Wells Fargo Bank, National Association d/b/a Wells Fargo Home Mortgage, to an order dismissing all of the plaintiff's claims in this case with prejudice and on the merits. Based on the stipulation between the parties, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims are hereby DISMISSED in their entirety, on the merits and with prejudice. Each party shall each bear its own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February   20  , 2008

       s/Paul A. Magnuson
      Paul A. Magnuson
      UNITED STATES DISTRICT JUDGE